AE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
DEC 21 2007
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| HANNAH EISENBERG, ) | |
| ) | |
| v. ) | |
| ) | Case No.: |
| MARK LIMONNI, MAE WORMELY, ) | |
| TOM ALLEN, DAVID LOHENRY, ) | |
| MARA GEORGES, DANIEL LYNCH, ) | |
| ANN KENT, JOHN CARR, KAYE MARY ) | |
| FLYNN, ROBERT F. HARRIS, COOK ) | |
| COUNTY PUBLIC GUARDIANS OFFICE,) | |
| CHICAGO CORPORATION COUNCEL, ) | 07CV7183 |
| CHICAGO ANIMAL CARE AND ) | JUDGE ZAGEL |
| CONTROL, CHICAGO DEPT. OF LAW, ) | MAGISTRATE JUDGE MASON |
| CITY OF CHICAGO, DEEPAK KAPOOR, ) | |
| JOHNATHAN WEINBERG, COOK ) | |
| COUNTY HOSPITAL, MICHAEL MALIS, ) | |
| DR. BAETIONG, DR. MORALES, ) | |
| READ MENTAL HEALTH CENTER, ) | |
| MARSHA MARAS, MICHAEL ) | |
| BERTUCCI, STATE OF ILLLINOIS ) | |
| MaryEllenCoghlan, KENNETH WRIGHT, ) | |
| SABASTIAN PATTI, TIMOTHY EVANS, | |
| AND unknown others. ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES the Plaintiff, Hannah Eisenberg, Pro Se, complaining of the acts and conduct of the Defendants pursuant to the United States Constitution and 42 U.S. §1983:

1. Plaintiff, Hannah Eisenberg is the record owner of property and resided at 4457 N. Moody Ave., Chicago, IL 60630 for more than seventeen years before December 22, 2005, and on information and belief is still the record owner of the property and single family residence at that address.

1

2. All of the acts Plaintiff complains about occurred within the State of Illinois.

3. On July 08, 2005 City of Chicago through its' corporate counsel filed a housing court action against Plaintiff and Defendants conspired to incarcerate plaintiff.

4. On November 02, 2005 without a search warrant or other legal justification Defendants entered Plaintiff's property and took some property and pets of Plaintiff's.

5. On November 08, 2008 based upon the illegal entry of Plaintiff's property and under the color of the law Defendants failed to prepare a court order as ordered by the judge and deprived Plaintiff of her property by commanding she vacate her property.

6. On December 22, 2005 without the proper authority and after a psychologist stated Plaintiff was not a danger to herself or others Defendants incarcerated Plaintiff at a mental health facility.

7. Defendants contrary to state statutes did not have the authority to incarcerate Plaintiff but held Plaintiff from December 22, 2005 through June 2006 at a mental health facility.

8. Defendants made Plaintiff an offer to leave Cook County and not return in exchange for her freedom from Cook County mental health facility, which Plaintiff denied.

9. At the assistance of a public guardianship representative I was transferred from the mental health facility in Cook County to a mental health facility in Lake County and was released within 48 hours.

10. While Plaintiff was detained the Defendants entered upon Plaintiff's property and residence took her remaining animals and property.

11. Contrary to state statutes, Defendant's did not protect Plaintiff's property and disposed of the property.

12. Defendants have violated Plaintiff's rights under state statutes and the United States Constitution, being the 4th Amendment, 14th Amendment, 2nd Amendment, 8th Amendment.

13. Defendants' had the knowledge that their actions would cause or that there was a high likelihood of causing emotional stress to Plaintiff, which Defendants' actions have done.

14. Plaintiff was damaged by Defendants in the taking of her property and her liberties and Defendants' failure to protect Plaintiff or her property.

## PRAYER FOR RELIEF

WHEREFORE the Plaintiff, Hannah Eisenberg, respectfully requests the Honorable Presiding Judge enter a Judgement in granting Plaintiff the following:

A. Return my property to me, or in the alternative compensate plaintiff for her lost property.

B. Grant Plaintiff an award of money in the amount of $100,000,000.00 against Defendants violating her rights and imprisoning me and causing me mental pain and anguish.

C. Grant Plaintiff an award of punitive damages for their intentional imprisonment of me.

D. Plaintiff's attorney's fees.

E. For all other relief the Court believes is fair, just and proper.

Respectfully submitted by

*[signature]*
Hannah Eisenberg
12/21/07

Hannah Eisenberg
Pro Se
4457 N. Moody Ave.
Chicago, IL 60630