**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

*FILED DEC 21 2007 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Hannah Eisenberg
(Please print)

STREET ADDRESS: 4457 N. Moody Ave.

CITY/STATE/ZIP: Chicago, Il. 60630

PHONE NUMBER: ___

CASE NUMBER: 07CV7183 JUDGE ZAGEL MAGISTRATE JUDGE MASON

Signature: [signed]   Date: 12/21/07