# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7183 | **DATE** | 3/24/2008 |
| **CASE TITLE** | HANNA EISENBERG vs. MARK LIMONNI, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis [4] is granted. Summons and complaint to be issued by the Clerk of Court. Plaintiff's motion for appointment of counsel is taken under advisement pending service of process and answer by the defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|

Case 1:07-cv-07183   Document 6   Filed 03/24/2008   Page 1 of 1

07C7183 HANNA EISENBERG vs. MARK LIMONNI, ET AL   Page 1 of 1