**Department of Justice**
**United States Marshals Service**

# Memo

**To:** Clerk's Office

**From:** Tamar De.Costa

**Date:** April 7, 2008

**Re:** Case #07C7183

FILED

APR - 7 2008
APR -7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I am returning the attached case 07C7183 Hanna Eiisenberg vs. Mark Limonni, et al. The 285 forms were returned because the address for Hanna Eisenberg is not valid so I am unable to serve process without address of parties to be served.

Tamar
Civil Process

1



Hanna Eisenberg
4457 North Moody Avenue
Chicago, IL. 60630

```
EISE457*  X606303013 1906 33 04/03/08
           RETURN TO SENDER
EISENBERG
     NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
         RETURN TO SENDER
```

**U.S. Department of Justice**

United States marshals Service
*Northern District of Illinois*
219 South Dearborn St. Rm. 2444
Chicago, IL 60604
312-353-5290

April 1, 2008

Hannah Eisenberg
4457 North Moody
Chicago, IL 60630

## RETURN TO CIVIL DESK

COURT CASE NUMBER-07C7183

Your forms (s) are being returned to you for the following reason (s) checked. Please complete and return within **TEN (10) days** from the date of this letter. **We can not process your request without the requested information.**

_____ You have not filed your Summons and Complaint with the Clerk of the Court PRIOR to completing the USM-285 Form.
(To file your Summons and Complaint Contact the Clerk of the Court at 312-435-5691 219 S. Dearborn St. on the 20th floor)

_____ You have not completed a USM-285 Form (s) (Process Receipt and Return) for **each** defendant that you would like served. Enclosed is a USM-285 Form (s) with a return self-addressed stamped envelope. DO NOT REMOVE THE CARBONS FROM THE USM-285 FORM(S).

___X___ You did not include one or more of the following on the USM-285 Form:

_____ The defendant (s) (the person who will be served) first and last name.

__X__ The defendant (s) (the person who will be served) mailing address with zip code and apartment number if serving at a place of business include department.
**(NO P.O. BOX ADDRESS ACCEPTED)**

_____ The defendant (s) (the person who will be served) telephone number.

_____ The defendant (the person who will be served) if a police officer badge or star number.

_____ We have not received your pre- payment of $250.00 in the form of a cashier's check, certified check or money order made payable to the United States Marshals Service.

_____ You owe the United States Marshals Service $_____ for service rendered. We only accept cashier's check, certified check or a money order made payable to the United States Marshals Service.

_____ You filed **FORMA PAUPERIS** and a certified copy of the order is needed.

_____ We need a certified & sealed copy of the Court order-Ordering the United States Marshals Service to serve the documents.

**ATTENTION: RETURN ONLY THE USM-285 FORM (S) ATTACHED. PLEASE PAY POSTAGE; OTHERWISE, THE POST OFFICE WILL NOT FORWARD YOUR ENVELOPE AND THE UNITED STATES MARSHALS SERVICE IS NOT RESPONSIBLE FOR THE RETURN OF THE ENVELOPE.**

**Civil Division
UNITED STATES MARSHALS SERVICE
NORTHERN DISTRICT OF ILLINOIS**